**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JOE SMITH,

        Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,

        Defendant.

2:19-cv-00236-APG-VCF

**ORDER**

Before the Court is *Joe Smith v. Nevada Department of Corrections, et al.*, case number 2:19-cv-00236-APG-VCF.

Under LR 16-1(b), in actions by or on behalf of inmates under 42 U.S.C. § 1983 […], no discovery plan is required. The court enters a scheduling order within 30 days after the first defendant answers or otherwise appears. Here, it seems that plaintiff is no longer incarcerated.

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing to discuss discovery deadlines is scheduled for 1:00 PM, July 1, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 17th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE