**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOE SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    Defendants. | 2:19-cv-00236-APG-VCF<br><br>**<u>ORDER</u>** |

  Before the Court are Defendants' Motion for Enlargement of Time to File Dispositive Motions Pending Motion to Compel Discovery (ECF NO. 23) and Motion for an Order Compelling Disclosure and Discovery Pursuant to Fed. R. Civ. P. 37 (ECF No. 24).

  No opposition has been filed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as though Plaintiff has consented to the granting of the instant motions.

  Accordingly,

  IT IS HEREBY ORDERED that the Defendants' Motion for Enlargement of Time to File Dispositive Motions Pending Motion to Compel Discovery (ECF NO. 23) and Motion for an Order Compelling Disclosure and Discovery Pursuant to Fed. R. Civ. P. 37 (ECF No. 24) are GRANTED.

  IT IS FURTHER ORDERED that Plaintiff must produce initial disclosures and answer outstanding discovery responses to Defendants' Request for Interogatories by May 5, 2021.

  Plaintiff failed to answer Defendant Nethanjal Childer's Request for Admissions; thus,

  IT IS FURTHER ORDERED that Defendant Nethanjal Childer's Request for Admissions are deemed ADMITTED.

IT IS FURTHER ORDERED that the deadline, to file dispositive motions, is extended to June 1, 2021.  The Joint Pretrial Order is due by July 1, 2021.  If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 5th day of April, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE