# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOE SMITH, | |
| Plaintiff, | 2:19-cv-00236-APG-VCF |
| vs. | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendant. | |

Before the Court is Defendants' Motion for Enlargement of Time to File Dispositive Motions Pending Motion to Dismiss Discovery Violations (ECF NO. 26).

No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as though Plaintiff has consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Defendants' Motion for Enlargement of Time to File Dispositive Motions Pending Motion to Dismiss Discovery Violations (ECF NO. 26) is GRANTED. The time to file dispositive motions is extended to 30 days after the Court's decision on the pending Defendants' forthcoming Motion to Dismiss for Discovery Violations (ECF No. 27).

DATED this 27th day of May, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE