UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOE SMITH,<br><br>    Plaintiff<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00236-APG-VCF<br><br>**Order Granting Unopposed Motion to Dismiss**<br><br>[ECF No. 27] |

Defendants Nethanjah Childers and Joey Jeffries move to dismiss plaintiff Joe Smith's complaint because Smith has not produced initial disclosures or responded to the defendants' discovery requests. The defendants filed a motion to compel, which the court granted. ECF Nos. 24; 25. However, Smith still has not responded to the discovery requests. He also did not respond to the defendants' motion to dismiss.

Under Federal Rule of Civil Procedure 37(b)(2)(A)(v), I may sanction a party who "fails to obey an order to provide or permit discovery," including by "dismissing the action or proceeding in whole or in part." Additionally, under Rule 37(c)(1)(C), I may impose a similar sanction against a party who "fails to provide information or identify a witness as required by Rule 26(a) or (e), . . . unless the failure was substantially justified or is harmless." Before imposing a dismissal sanction, I "must consider (1) whether the claimed noncompliance involved willfulness, fault, or bad faith and (2) the availability of lesser sanctions." *Merch. v. Corizon Health, Inc.*, 993 F.3d 733, 740–41 (9th Cir. 2021).

Smith has not provided his initial disclosures and did not respond to the defendants' discovery requests. ECF No. 27-1.  Smith also did not comply with Magistrate Judge's order

compelling him to do so. ECF Nos. 25; 27-1.  Smith has had ample opportunity to respond to discovery and comply with the court's order, but he has not done so.  Smith is at fault for his own failure to participate in this litigation.  There are no lesser sanctions available because Smith is non-responsive, has already disobeyed a court order to participate in discovery, and his lack of action renders it impossible to move the case forward.  Consequently, I grant the defendants' motion to dismiss.

      I THEREFORE ORDER that defendants' Nethanjah Childers and Joey Jeffries' motion to dismiss (ECF No. 27) is GRANTED.  The clerk of court is instructed to enter judgment in favor of defendants Nethanjah Childers and Joey Jeffries and against plaintiff Joe Smith, and to close this case.

      DATED this 19th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2